FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0498-L |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| SILVIA HERNANDEZ (1), DULCE MACIAS (2), | ) Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. | ) |

The United States Attorney charges:

On or about January 26, 2008, within the Southern District of California, defendants SILVIA HERNANDEZ and DULCE MACIAS, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 53.90 kilograms (118.58 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: February 21, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John T. Wen Te
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
2/21/08