```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROLINE P. HAN
    Assistant U.S. Attorney
 3  California State Bar No. 250301
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5220
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0498-L |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION AND PROPOSED ORDER TO |
|  | ) DISMISS WITHOUT PREJUDICE |
| DULCE MACIAS (2), | ) |
| Defendant. | ) |

### MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Caroline P. Han, and hereby moves to dismiss, without prejudice, the complaint against the above named defendant in the interest of justice.

DATED: March 18, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

For CAROLINE P. HAN
Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the information in criminal case number 08CR0498-L be dismissed, without prejudice, as to defendant Dulce Macias.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 3/20/08

CATHY A. BENCIVENGO
United States Magistrate Judge