UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 21 AM 11:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>DULCE MACIAS (2),<br><br>　　　　　　　　Defendant. | CASE NO. 08CR0498-L<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal; or

__　the Court has granted the motion of the defendant for a judgment of acquittal; or

__　a jury has been waived, and the Court has found the defendant not guilty; or

__　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) of: 21 USC 952 and 960 - IMPORTATION OF COCAINE; 18 USC 2 - AIDING AND ABETTING

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 20, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　ENTERED ON _____