FILED
08 MAR 25 AM 9:17
CLERK U.S. DISTRICT COURT

By: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 MAR 21 AM 11:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By: _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DULCE MACIAS (2),

        Defendant.

CASE NO. 08CR0498-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 952 and 960 - IMPORTATION OF COCAINE; 18 USC 2 - AIDING AND ABETTING

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 20, 2008

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 3/21/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____